### GEORGE B. STEVENS V. THE CITY OF ANTHONY.

No. 15,055.   (90 Pac. 800.)

Error from Harper district court; PRESTON B. GIL-LETT, judge.   Opinion filed June 8, 1907.   Reversed.

*George E. McMahon,* and *Sam S. Sisson,* for plaintiff in error.

*George B. Crooker,* for defendant in error.

*Per Curiam:* This case is reversed on the authority of *Stevens v. Sheriff,* 76 Kan. 124, 90 Pac. 799.

The order of dismissal is set aside and the case is remanded with instructions to reinstate the same.